# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**MICHAEL EDWARD DICKEY,**

    Petitioner,

v.                                                Case No. 3:16cv657-LC/CAS

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**

    Respondent.
_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated May 24, 2017 (ECF No. 11), that Respondent's motion to dismiss (ECF No. 6) be granted and the petition for writ of habeas corpus (ECF No. 1), filed pursuant to 28 U.S.C. § 2254, be dismissed. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "Respondent's motion to dismiss (ECF No. 6) is **GRANTED** and the petition for writ of habeas corpus (ECF No. 1) is **DISMISSED**. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3. The Clerk shall close the file.

**DONE AND ORDERED** on this 21st day of June, 2017.

*s/Lacey Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**